
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 35 - 1 | **DATE** | 9/6/2002 |
| **CASE TITLE** | USA vs. James Parks | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Parks' motion for a reduction of sentence is denied. (47-1)

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | SEP 9 2002 date docketed |
| | Notified counsel by telephone. | |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | 9/6/2002 date mailed notice |
| SN | courtroom deputy's initials | SN mailing deputy initials |

Date/time received in central Clerk's Office

Document Number 48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 01 CR 35-1
)
JAMES PARKS, )
)
Defendant. )

MEMORANDUM ORDER

James Parks ("Parks") has submitted a pro se filing captioned "Motion for Reduction of Sentence Based on Guideline Amendment Effective November 1, 2001 Concerning More Than Minimal Planning Enhancment [sic]," seeking to rely on the exception contained in 18 U.S.C. §3582(c)(2) to the prohibition against post-sentencing modifications of criminal defendants' terms of imprisonment. For the reasons briefly stated here, Parks' motion is denied.

What Parks attempts to point to is the November 1, 2001 amendment to the Sentencing Guidelines that changed the earlier Guidelines' versions that had provided for a two-level increase in offense levels for certain crimes based on more than minimal planning. But that effort on Parks' part reflects a basic misunderstanding, for this Court expressly applied the November 1, 2001 Guidelines in calculating and imposing his sentence, just as the probation officer had done in preparing Parks' Presentence Investigation Report--and that calculation did

<u>not</u> take any account of the previously-existing more-than-minimal-planning provision. Instead Parks' offense level was determined this way:

| | |
|---|---:|
| Base offense level (Guideline §2C1.1) | 10 |
| Addition because more than one bribe or extortion was involved (Guideline §2C1.1(b)(1)) | 2 |
| Addition based on payments to influence an official holding a high-level decision-making position (Guideline §2C1.1(b)(2)(B)) | 8 |
| Addition because Parks was an organizer, leader, manager or supervisor in criminal activity (Guideline §3B1.1(c)) | <u>2</u> |
| Adjusted offense level | 22 |
| Less adjustments for acceptance of responsibility (Guideline §§3E1.1(a) and (b)(1)) | <u>3</u> |
| Total offense level | 19 |

Because Parks has misunderstood the basis on which he was sentenced, his calculation of a lower Guideline range is equally mistaken. This Court's 30-month sentence was proper, and Parks' motion for a reduction in this sentence is denied.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date:   September 6, 2002