# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 35 | **DATE** | 12/20/2004 |
| **CASE TITLE** | USA vs. James Parks | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Motion for permission to appeal in forma pauperis

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly, Parks' motion to proceed on appeal in forma pauperis is denied. As the Court of Appeals reminded Parks in its December 16, 2004 order transferring that motion to this District Court, he must refile the motion in the Court of Appeals pursuant to Fed. R. App. P. 24.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | DEC 23 2004 date docketed |
| | Notified counsel by telephone. | |
| | Docketing to mail notices. | docketing deputy initials |
| | Mail AO 450 form. | 12/22/2004 |
| | Copy to judge/magistrate judge. | date mailed notice |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | No. 01 CR 035 |
| | ) | (Court of Appeals No. 04-4102) |
| James Parks, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

MEMORANDUM ORDER

James Parks, who seeks leave to appeal in forma pauperis before the Court of Appeals, erroneously filed his motion to that effect in that court. With the motion having been transferred to this District Court, this Court has reviewed the matter and denies Parks' motion.

Briefly, Parks has completed the service of his 30 month sentence for having engaged in a conspiracy to commit extortion under power of official right (see 18 U.S.C. § 1951), and he now seeks the extraordinary remedy of a writ of error coram nobis to vacate and set aside the judgment of conviction and to expunge the record in that respect. This Court, having reviewed Parks' motion in detail, issued a November 22, 2004 memorandum opinion and order ("Opinion") explaining why "he currently does not qualify for any relief at all, for they [Parks' filings] are flawed both (1) in terms of the claims of constitutional infirmity that he advances and (2) because of his prior history in this litigation."

Among other reasons set out in the Opinion, after Parks had entered his voluntary guilty plea he filed a 28 U.S.C. § 2255 motion to vacate his conviction and sentence, a motion that this Court dismissed summarily, after which both this Court and the Court of Appeals denied Parks a certificate of appealability. Parks' current contentions are likewise totally without merit -- indeed, legally frivolous.

Accordingly, Parks' motion to proceed on appeal in forma pauperis is denied. As the Court of Appeals reminded Parks in its December 16, 2004 order transferring that motion to this District Court, he must refile the motion in the Court of Appeals pursuant to Fed.R.App. P 24.

Milton I. Shadur
Senior United States District Judge

Date: December 20, 2004

C:\WPTEXT\Parks01cr035.wpd